Per Curiam.

---

Universal Vending Service Company, appellee, v. Joe Endelli, appellant. Gen. No. 28,600.

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.

Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.